United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID ZARATE SANCHEZ, | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. 4:25-CV-05767 |
| MARTIN FRINK, *et al.*, | § |
| Respondents. | § |

## ORDER

Before the Court are Petitioner David Zarate Sanchez's Petition for Writ of Habeas Corpus (Doc. #1) and Respondents' Answer and Motion for Summary Judgment (Doc. #8). The Court requires additional information to rule on the pending Motion for Summary Judgment and Petition for Writ of Habeas Corpus. Accordingly, the parties are hereby ORDERED to submit additional briefing addressing the following:

1. Petitioner's criminal history, if any;
2. Any other information the parties deem relevant to the pending Petition.

Respondents shall submit this information within seven (7) days of this Order. Petitioner may file a response within seven (7) days after Respondents' submission.

It is so ORDERED.

JAN 0 9 2026
Date

The Honorable Alfred H. Bennett
United States District Judge